Date of Arrest: 01/28

# United States District Court
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
v.

Ravi GOSAIN
Citizen of India
YOB:1982
208082248
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 22-1100MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about April 03, 2015, Defendant Ravi GOSAIN, an alien, was removed from the United States to Mexico through the port of John Wayne Airport in Santa Ana, California, in pursuance of law, and thereafter on or about January 28, 2022, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about January 28, 2022, near San Luis, Arizona in the District of Arizona, Defendant Ravi GOSAIN, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of. [x] Yes [ ] No

Reviewed by AUSA Louis Uhl
SAD for LCU

*Jared Lasley*
Signature of Complainant
Sergio Mora
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____January 31, 2022_____ at ___Yuma, Arizona___
Date                                              City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Ravi GOSAIN

Dependants: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time. The Defendant was last removed through John Wayne Airport in Santa Ana, California on April 03, 2015.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 04/02/2015 | Los Angeles, California | Illegal Entry | Ordered Removed from the US (ER) (Agency) |
| 04/03/2015 | Santa Ana, California | Illegal Entry | Removed from the US (ER)(Agency) |

Narrative: The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of India and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Los Angeles, California on or about April 02, 2015.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on January 28, 2022.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Jose Siqueros, Matthew Taynton, and Brandon Vincent.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Michael Perkins.

Charges: 8 USC 1326(a)        (Felony)
         8 USC 1325(a)(1)     (Misdemeanor)

_Jared Lasley_
Signature of Complainant

Sworn to before me and subscribed telephonically,

January 31, 2022
Date

Signature of Judicial Officer

## *Probable Cause Statement*

*I, Border Patrol Agent Sergio Mora, declare under penalty of perjury, the following is true and correct:*

Defendant:  Ravi GOSAIN

Dependents:  None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 04/02/2015 | Los Angeles, California | Illegal Entry | Ordered Removed from the US (ER)(Agency) |
| 04/03/2015 | Santa Ana, California | Illegal Entry | Removed from the US (ER)(Agency) |

Narrative: The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of India and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Los Angeles, California on or about April 02, 2015.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on January 28, 2022.

*Executed on: January 30, 2022*    *Time: 07:10 AM MST*

*Signed: Sergio Mora, Border Patrol Agent*